*E-FILED - 3/25/08*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRESTON, | ) C-05-5154 RMW |
| Petitioner, | ) |
| | ) [xxxxxxxxxxxxxx] ORDER |
| v. | ) |
| ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione, | ) |
| Respondent. | ) |

Good cause appearing therefore, the time for filing petitioner's traverse and supporting memorandum is extended to and including April 15, 2008.

DATED: 3/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge