1  DENNIS P. RIORDAN, Esq. (SBN 69320)
   DONALD M. HORGAN, Esq. (SBN 121547)
2  RIORDAN & HORGAN
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone: (415) 431-3472
4
   Attorneys for Petitioner
5  ROBERT PRESTON

*E-FILED - 6/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRESTON, | C-05-5154 RMW |
| Petitioner, | **APPLICATION FOR FINAL, 11-DAY EXTENSION OF TIME TO FILE PETITIONER'S TRAVERSE AND SUPPORTING MEMORANDUM; DECLARATION OF COUNSEL; AND ORDER** |
| v. | |
| ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione, | |
| Respondent. | |

Petitioner Robert Preston, through his counsel, hereby moves this Court for a final, 11-day extension of time, from the present due date of June 5, 2008, to and including June 16, 2008, to file his traverse and supporting memorandum in this habeas matter.

In support of this motion, Dennis P. Riordan declares under penalty of perjury as follows:

1. Our office is counsel for petitioner Robert Preston. We did not serve as Mr. Preston's counsel at his state court criminal trial.

2. On December 13, 2005, Mr. Preston filed a verified petition for a writ of habeas corpus challenging his state court convictions for rape and lewd and lascivious conduct.

3. On June 18, 2007, this Court issued an order to show cause requiring Respondent to file an answer or motion to dismiss within sixty days of the order. The order further stated that

1

1 petitioner was to file a traverse to the answer or an opposition to the motion to dismiss within 30
2 days of the filing of the answer or motion.

3     4. Respondent subsequently sought and received three extensions of time, to and
4 including February 15, 2008, to file his answer to the petition. Respondent filed his answer and
5 supporting memorandum on that date.

6     5. Petitioner's traverse was initially due 30 days after the receipt of Respondent's
7 answer, i.e., by March 16, 2008.

8     6. We have filed three previous motions seeking extensions of time totaling eighty-one
9 days to the traverse and supporting memorandum.

10     7. This motion is founded on the extraordinary press of business in this office which will
11 prevent us from filing the opening brief by the most recently requested date, i.e., by June 5,
12 2008. Specifically, during the past thirty days, we have been required to file a memorandum of
13 points and authorities in support of an emergency bail motion filed in the Ninth Circuit Court of
14 Appeals following our client's federal court conviction for arson, United States v. Briana Waters,
15 Ninth Cir. No. 08-30114 (W.D. Wa. No. 3:05-05828-FDB-5); a reply in support of an appeal
16 challenging our client's state court convictions for making criminal threats, People v. Young,
17 First App. Dist. No. A118176; a reply supporting a petition for review in the California Supreme
18 Court as to the Court of Appeal's denial of a petition for a writ of mandate challenging a trial
19 court order denying our motion to disqualify the trial judge in a murder prosecution pending in
20 the Los Angeles County Superior Court, People v. Spector, Los Angeles Sup. Ct. No.
21 BA255233; a traverse in support of a petition for a writ of habeas corpus challenging our
22 client's conviction for leaving the scene of an accident involving death, People v. Harbert,
23 Contra Costa County Superior Court No. 050701300; and an extensive memorandum in
24 support of a motion for a new trial challenging our client's state court conviction for second
25 degree murder, People v. Knoller, San Francisco Sup. Ct. No. 181813-01.

26     8. Furthermore, also during the past thirty days, we have been required to devote a very
27 substantial amount of time to the development of post-conviction claims for relief in a capital
28 case involving a 1993 triple homicide in West Memphis, Arkansas, Echols v. Arkansas,

1  Craighead Co. Court No. CR-93-450A, Ark. Supreme Ct. No. CR 99-1060 and 94-928 (state
2  proceedings) and AR Eastern Dist. No. 5:04CV00391-WRW (federal habeas corpus
3  proceedings).

4      9. In addition, and apart from the traverse and supporting memorandum in this matter,
5  during the next thirty days we will be required to file an opening brief in the Ninth Circuit Court
6  of Appeals challenging our client's convictions in the district court for offering material support
7  to terrorists and making false statements, United States v. Hayat, Ninth Cir. No. 07-10457; an
8  opening brief in the Ninth Circuit Court of Appeals challenging our client's federal court
9  convictions for conspiracy to obstruct justice, perjury, solicitation to commit arson, mail fraud,
10  and related offenses, United States v. Mohsen (Northern Dist. No. CR 03-00095-01 WBS); a
11  memorandum in opposition to the Department of Justice's application to extradite our client, a
12  Mexican national and human rights activist accused by the Mexican government of murder, In
13  the Matter of the Extradition of Sergio Alfonso Dorantes Zurita, Northern Dist. No. CR 07-
14  90051 MISC (MEJ) MJJ; and a motion to dismiss the superseding indictment in a federal perjury
15  prosecution, United States v. Barry Lamar Bonds, Northern Dist. No. CR 07 0732 S. During this
16  period, we will also be required to devote substantial additional time to the development of post-
17  conviction claims for relief in the Echols matter, *supra*.

18      10.  Mr. Preston is incarcerated.

19      11.  In view of the foregoing circumstances, I respectfully request that the Court extend
20  the time for filing petitioner's traverse and supporting memorandum for a period of eleven days,
21  from the present due date of June 5, 2008, to and including June 16, 2008.

22      Executed this 5th day of June, 2008, at San Francisco, California.

23                                     /s/ Dennis P. Riordan
24                                     Dennis P. Riordan
25                                     Counsel for Petitioner
26                                     ROBERT PRESTON
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRESTON, | ) C-05-5154 RMW |
| Petitioner, | ) () **ORDER** |
| v. | ) |
| ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione, | ) |
| Respondent. | ) |

Good cause appearing therefore, the time for filing petitioner's traverse and supporting memorandum is extended to and including June 16, 2008.

DATED: _6/6/08____

_Ronald M. Whyte_
RONALD M. WHYTE

United States District Judge

1 **PROOF OF SERVICE BY MAIL -- 1013(a), 2015.5 C.C.P.**

2 **Re: Preston v. Campbell, No. C-05-5154 RMW**

3 I am a citizen of the United States; my business address is 523 Octavia Street, San Francisco, California 94102. I am employed in the City and County of San Francisco, where this mailing occurs; I am over the age of eighteen years and not a party to the within cause. I served the within

**APPLICATION FOR FINAL, 11-DAY EXTENSION OF TIME TO FILE PETITIONER'S TRAVERSE AND SUPPORTING MEMORANDUM; DECLARATION OF COUNSEL; AND PROPOSED ORDER**

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

**Ann P. Wathen**
**Deputy Attorney General**
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2008, at San Francisco, California.

                                              /s/ Jocilene Yue
                                              Jocilene Yue