*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT PRESTON, | ) | C-05-5154 RMW |
| Petitioner, | ) | () **ORDER** |
| | ) | |
| v. | ) | |
| ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione, | ) | |
| Respondent. | ) | |

Good cause appearing therefore, the time for filing petitioner's traverse and supporting memorandum is extended to and including June 20, 2008.

DATED:  4/14/09

*Ronald M. Whyte*
_____
RONALD M. WHYTE

United States District Judge