**E-FILED on** 1/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRESTON, | No. C-05-05154 RMW |
| Petitioner, | JUDGMENT |
| v. | |
| ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione, | |
| Respondent. | |

On January 6, 2010 the court denied petitioner's application for a writ of habeas corpus. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED: 1/6/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Petitioner:**

3 Dennis Patrick Riordan    dennis@Riordan-Horgan.com
Donald Meredith Horgan   don@riordan-horgan.com

4

5 **Counsel for Respondent:**

6 Ann P. Wathen    ann.wathen@doj.ca.gov

7

8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11

12 **Dated:** 1/6/10                       CCL
                                                               **Chambers of Judge Whyte**