**E-FILED on**    1/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRESTON,<br><br>            Petitioner,<br><br>   v.<br><br>ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione,<br><br>            Respondent. | No. C-05-05154 RMW<br><br>JUDGMENT |

On January 6, 2010 the court denied petitioner's application for a writ of habeas corpus. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED:     1/6/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT— C-05-05154 RMW
CCL

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Petitioner:**

3  Dennis Patrick Riordan     dennis@Riordan-Horgan.com
   Donald Meredith Horgan    don@riordan-horgan.com

4

5  **Counsel for Respondent:**

6  Ann P. Wathen     ann.wathen@doj.ca.gov

7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11

12  **Dated:**    1/6/10                  CCL
                                                       **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28