**E-FILED on**     2/23/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRESTON,<br><br>            Petitioner,<br><br>      v.<br><br>ROSANNE CAMPBELL, Warden of Mule Creek State Prison, Ione,<br><br>            Respondent. | No. C-05-05154 RMW<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

On January 6, 2010, the court issued a judgment in this case.  Petitioner Robert Preston moves for an extension of time to file a notice of appeal.  Petitioner has represented to the court that he did not receive notice of the court's denial of his habeas petition until January 15, 2010 and has been waiting for his former counsel to forward the documentation he needs to proceed in this matter.  Finding that petitioner has shown good cause, the court grants the motion for an extension of time.  Petitioner shall have until March 9, 2010 to file a notice of appeal with the district clerk.

DATED:     2/23/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME— C-05-05154 RMW
CCL

**Notice of this document has been sent to:**

**Petitioner:**

Robert Preston
V-63664
California Correctional Institution
Unit 2, Dorm 2, 22 Low
P.O. Box 608
Tehachapi, CA 93581

**Counsel for Petitioner:**

Dennis Patrick Riordan    dennis@Riordan-Horgan.com
Donald Meredith Horgan    don@riordan-horgan.com

**Counsel for Respondent:**

Ann P. Wathen    ann.wathen@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/23/10                          CCL
                                                    **Chambers of Judge Whyte**